

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2020

No. 04-19-00018-CV

**THE MAYAN AT SAN MARCOS RIVER, LLC** And City of Martindale, Texas,
Appellant

v.

**CITY OF SAN MARCOS, TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0958-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

This appeal was scheduled for formal submission and oral argument on Thursday, April 2, 2020 at 2:00 p.m. On March 5, 2020, appellants filed an unopposed motion to reset oral argument due to the unavailability of their counsel on that date.

After review, we GRANT appellants' motion to reset oral argument. We ORDER the oral argument scheduled for April 2, 2020 at 2:00 p.m. cancelled, and the submission date of April 2, 2020 withdrawn. We further ORDER this appeal to be submitted on May 7, 2020, and oral argument to be heard on Thursday, May 7, 2020, at 9:00 a.m. before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Luz Elena D. Chapa, and Justice Beth Watkins in the courtroom of the Fourth Court of Appeals.

The parties are reminded that arguments are limited to twenty (20) minutes for each side with ten (10) minutes rebuttal allotted to appellants.

We order the clerk of this court to serve a copy of this order on all counsel.

It is so **ORDERED** on March 16, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz
Clerk of Court